IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| ELIZABETH A. RECUPERO and RAYMOND MORRISON, Derivatively on Behalf of OSIRIS THERAPEUTICS, INC., | * * | |
| *Plaintiff,* | * | Civil Action No. 17-cv-00381-PX |
| | * | |
| vs. | * | |
| PETER FRIEDLE, YVES HUWYLER, JAY M. MOYES, and THOMAS M. BRANDT, | * | |
| *Defendants*, | * | |
| and | * | |
| OSIRIS THERAPEUTICS, INC. | * | |
| *Nominal Defendant.* | * | |

JOINT NOTICE OF EXECUTION OF
MEMORANDUM OF UNDERSTANDING REGARDING SETTLEMENT

AND

JOINT MOTION TO STAY

Nominal Defendant, Osiris Therapeutics, Inc., ("Osiris" or the "Company") and Defendants, Peter Friedli, Jay Moyes and Thomas Brandt (the "Individual Defendants"),[1] and Plaintiffs, Elizabeth A. Recupero and Raymond Morrison, respectfully file this Notice of Execution of Memorandum of Understanding Regarding Settlement and Joint Motion to Stay, and state as follows:

---

[1] Yves Huwyler died in March 2017. Plaintiffs will file a motion to voluntarily dismiss Mr. Huwyler with prejudice.

1

1. On July 17, 2018, counsel for the Company and for plaintiff in the above-captioned lawsuit, as well as counsel for the plaintiffs in the related derivative actions captioned *Salley v. Debrabandere, et al.*, Case No. 17-cv-03777 (D. Md. 2017) (the "*Salley* Action"), *Lee v. Friedli, et al.*, Case No. 13-C-171111441 (Cir. Ct. Md. 2017) (the "*Lee* Action"), and *Connelly v. Debrabandere, et al.*, Case No. 13-C-16106815 (Cir. Ct. Md. 2016) (the "*Connelly* Action" and, collectively with this action, the "Derivative Actions"), executed a Memorandum of Understanding ("MOU") that provided for the material terms of settlement of Derivative Actions.

2. The parties to the Derivative Actions are currently in the process of drafting settlement papers to submit to the court in the *Salley* Action for approval.

3. The parties to the Derivative Actions have agreed that, should the court in the *Salley* Action approve of the proposed settlement, and upon the court in the *Salley* Action entering a final order dismissing that lawsuit, plaintiffs in the remaining Derivative Actions will voluntarily dismiss their respective lawsuits.

4. The parties to the Derivative Actions have also agreed that they will seek a stay of all proceedings in the remaining Derivative Actions pending the court in the *Salley* Action's ruling on the proposed settlement of the Derivative Actions; should the court in the *Salley* Action approve the proposed settlement of the Derivative Actions, the parties have agreed that the stay would extend until the court in the *Salley* Action enters a final order dismissing the *Salley* Action with prejudice.

5. The parties had previously stipulated, and this Court entered an order on March 28, 2017 (ECF No. 16), staying the proceedings in this lawsuit until 30 days after the court in the related federal securities class action, captioned *Nallagonda v. Osiris Therapeutics, Inc. et al.*,

Case No. 1:15-cv-03562-PX (D. Md. 2015) (the "*Nallagonda* Action"), denied all motions to dismiss in the *Nallagonda* Action or entered a final order dismissing the *Nallagonda* Action with prejudice.

6. The parties to this lawsuit respectfully request that all proceedings in this lawsuit remain stayed until the court in the *Salley* Action rules on the proposed settlement of the Derivative Actions; should the court in the *Salley* Action approve the proposed settlement of the Derivative Actions, the stay shall remain in effect until that court enters a final order dismissing the *Salley* Action with prejudice.

A proposed Order is attached.

Dated: July 31, 2018

                                               Respectfully submitted,

                                               */s/ Cynthia L. Leppert*
                                               Cynthia L. Leppert (No. 05857)
                                               NEUBERGER, QUINN, GIELEN, RUBIN &
                                               GIBBER, P.A.
                                               One South Street, 27th Floor
                                               Baltimore, MD 21202
                                               Tel: (410) 332-8529
                                               Fax: (410) 332-8578
                                               Email: cll@nqgrg.com

                                               GAINEY MCKENNA & EGLESTON
                                               Thomas J. McKenna
                                               440 Park Ave., South
                                               New York, NY 10016
                                               Tel: (212) 983-1300
                                               Fax: (212) 983-0383
                                               Email: tjmckenna@gme-law.com

                                               *Counsel for Plaintiffs*

4842-0919-2558, v. 1

        */s/ Scott R. Haiber*
Scott R. Haiber (No. 25947)
HOGAN LOVELLS US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2700
Facsimile: (410) 659-2701
scott.haiber@hoganlovells.com

Jon M. Talotta
Park Place II
7930 Jones Branch Drive
McLean, VA 22102
Telephone: (709) 610-6100
Facsimile: (709) 610-6200
jon.talotta@hoganlovells.com

*Counsel for Nominal Defendant Osiris Therapeutics, Inc.*

        */s/ David Barmak*
David Barmak (No. 06816)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC
701 Pennsylvania Ave, NW, Suite 900
Washington, DC 20004
Tel: (202) 434-7300
Fax: (202) 434-7400
dbarmak@mintz.com

Adam Sisitsky
One Financial Center
Boston, MR 02111
Tel: (617) 542-6000
Fax: (617) 542-2241
ALSisitsky@mintz.com

*Counsel for Defendants Jay Moyes and Thomas Brandt*

4842-0919-2558, v. 1

                        */s/ Andrew D. Freeman*
                        Andrew D. Freeman (No. 03867)
                        BROWN GOLDSTEIN LEVY LLP
                        120 East Baltimore Street, Suite 1700
                        Baltimore, MD 21202
                        Tel: (410) 962-1030
                        Fax: (410) 385-0869
                        adf@browngold.com


                        BRUCH HANNA LLP
                        Gregory S. Bruch
                        1099 New York Avenue NW, Suite 500
                        Washington, D.C. 20001
                        Telephone: (202) 969-1630
                        Facsimile: (202) 969-1625
                        gbruch@bruch-hanna.com

                        *Counsel for Defendant Peter Friedli*


## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 31st day of July, 2018, a copy of the foregoing Notice of Execution of Memorandum of Understanding Regarding Settlement and Joint Motion to Stay was mailed, first class, postage prepaid, to the parties listed below, unless the Notice of Electronic Filing indicates that the parties are registered CM/ECF participants, and indicates that Notice was electronically mailed to said party.

Thomas James McKenna, Esq.
Gainey McKenna & Egleston
440 Park Avenue South, 5th Floor
New York, New York  10016
Attorney for Elizabeth A. Recupero

Andrew David Freeman, Esq.
Brown Goldstein and Levy LLP
120 East Baltimore Street, Suite 1700
Baltimore, Maryland  21202-6701
Attorney for Peter Friedli

Gregory Bruch, Esq.
Bruch Hanna LLP
1099 New York Avenue, N.W., Suite 500
Washington, DC  20001
Attorney for Peter Friedli

Scott R. Haiber, Esq.
Hogan Lovells US LLP
Harbor East
100 International Drive, Suite 2000
Baltimore, Maryland  21202
Attorney for Osiris Therapeutics, Inc.

David Barmak
Mintz Levin Cohn Ferris Glovsky and Popeo, PC
701 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC  20004
Attorney for Jay Moyes and Thomas Brandt


                                                                     /s/ Cynthia L. Leppert
                                                                     Cynthia L. Leppert

4842-0919-2558, v. 1