IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| ELIZABETH A. RECUPERO and RAYMOND MORRISON, Derivatively on Behalf of OSIRIS THERAPEUTICS, INC., | * | |
| | * | |
| *Plaintiff*, | * | Civil Action No. 17-cv-00381-JKB |
| | * | |
| vs. | * | |
| PETER FRIEDLE, YVES HUWYLER, JAY M. MOYES, and THOMAS M. BRANDT, | * | |
| *Defendants*, | * | |
| and | * | |
| OSIRIS THERAPEUTICS, INC. | * | |
| *Nominal Defendant.* | * | |

**ORDER**

Upon consideration of the Notice of Execution of Memorandum of Understanding

Regarding Settlement and Motion to Stay submitted by Plaintiffs Elizabeth A. Recupero and

Raymond Morrison, Nominal Defendant Osiris Therapeutics, Inc., and Defendants Peter Friedli, Jay Moyes and Thomas Brandt, it is hereby ordered that:

1. The Joint Motion is hereby GRANTED;

2. All proceedings in this lawsuit shall be stayed pending the ruling of the court in *Salley v. Debrabandere, et al.*, Case No. 17-cv-03777 (D. Md. 2017) on the proposed settlement of the Derivative Actions; should the court in the *Salley* Action approve the proposed settlement of the Derivative Actions, the stay shall extend until that court enters a final order dismissing the *Salley* Action with prejudice.

Parties are to submit a joint written status report ten (10) days after the Court enters a final order in the Salley action.

Dated: August 8, 2018

/S/
_____
JUDGE PAULA XINIS